JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 16 2005

FILED
CLERK'S OFFICE

FILED
CLERK'S OFFICE

2005 APR -4 P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

*DOCKET NO. 1629*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION*

*April Davis v. Pfizer, Inc., et al.*, E.D. Arkansas, C.A. No. 2:05-39

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 19 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>APR - 1 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |
|---|

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

**INVOLVED COUNSEL LIST (CTO-5)**
**DOCKET NO. 1629**
**IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION**

Elizabeth R. Murray
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493

Russell Allen Wood
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103

SEARCH   LOGIN   SUGGESTIONS   USER PREF'S   COURTWATCH   HELP   MDL 1507→
RACER U.S. District Court Case Search

# Docket Sheet for 2:05-cv-00039 USDC Eastern District of Arkansas

```
                                                    JURY    CSSTAY
                                                    HLJ
                    U.S. District Court
         USDC for the Eastern District of Arkansas (Helena)

              CIVIL DOCKET FOR CASE #: 05-CV-39
```

Davis v. Pfizer Inc, et al  
Assigned to: Judge William R. Wilson  
Demand: $0,000  
Lead Docket: None  
Dkt # in Phillips Cty Circuit : is CV-2004-360  

Filed: 02/17/05  
Jury demand: Plaintiff  
Nature of Suit: 360  
Jurisdiction: Diversity  

Cause: 28:1441 Petition for Removal- Personal Injury

APRIL DAVIS, on behalf of  
herself and others similarly  
situated  
    plaintiff  

Russell Allen Wood  
[COR LD NTC]  
Glassman, Edwards, Wade & Wyatt  
PC  
26 North Second Street  
Memphis, TN 38103  
(901) 527-4673  

v.

PFIZER INC  
    defendant  

Elizabeth Robben Murray  
[COR LD NTC]  
Tonia Peoples Jones  
[COR LD NTC]  
Friday, Eldredge & Clark  
Regions Center  
400 West Capitol Avenue  
Suite 2000  
Little Rock, AR 72201-3493  
(501) 376-2011  

WARNER-LAMBERT COMPANY  
    defendant  

Elizabeth Robben Murray  
(See above)  
[COR LD NTC]  
Tonia Peoples Jones  
(See above)  
[COR LD NTC]  

PARKE-DAVIS, a Division of  
Warner-Lambert Company  
    defendant  

Elizabeth Robben Murray  
(See above)  
[COR LD NTC]  
Tonia Peoples Jones  
(See above)  
[COR LD NTC]

```
APRIL DAVIS, on behalf of herself and others similarly
situated

                plaintiff

    v.

PFIZER INC; WARNER-LAMBERT COMPANY; PARKE-DAVIS, a Division
of Warner-Lambert Company

                defendant
```

**Proceedings include all events**

| Date Filed | Doc. No. | Image | Description |
|---|---|---|---|
| 02/17/2005 | 1 | Yes: 47 Page(s); 2006 KB; PDF | NOTICE of Petition for Removal from Phillips Cty Circuit Court, Case Number CV-2004-360, $250.00 filing fee paid/receipt #118452 [Date Entered: 02/18/05, By: jp] |
| 02/17/2005 | -- | No | COMPLAINT-CLASS Action with jury demand [Date Entered: 02/18/05, By: jp] |
| 02/22/2005 | 2 | Yes: 4 Page(s); 117 KB; PDF | MOTION by defendants for stay pending transfer by the Judicial Panel on Multi-District Litigation [Date Entered: 02/23/05, By: bm] |
| 02/22/2005 | 3 | Yes: 12 Page(s); 446 KB; PDF | BRIEF by defendants in support of motion for stay pending transfer by the Judicial Panel on Multi-District Litigation [2-1] [Date Entered: 02/23/05, By: bm] |
| 02/23/2005 | 4 | Yes: 3 Page(s); 72 KB; PDF | MOTION by defendants Pfizer Inc, and Warner-Lambert Co to extend time to respond to complaint [Date Entered: 02/24/05, By: dc] |
| 02/24/2005 | 5 | Yes: 2 Page(s); 46 KB; PDF | ORDER by Judge William R. Wilson granting defts' motion to extend time to respond to complaint [4-1]; defts' response to the complt must be filed under the terms established in paragraphs 2 and 3 of the motion (cc: all counsel) [Date Entered: 02/25/05, By: bm] |
| 03/10/2005 | 6 | Yes: 1 Page(s); 25 KB; PDF | LETTER/ORDER by Judge William R. Wilson to Mr. Russell A. Wood in regard to deft's motion to stay; response is due by 5:00 3/17/05 [2-1] (cc: all counsel) [Date Entered: 03/11/05, By: bm] |
| 03/29/2005 | 7 | Yes: 2 Page(s); 36 KB; PDF | ORDER by Judge William R. Wilson granting defts' motion for stay pending transfer by the Judicial Panel on Multi-District Litigation [2-1] (cc: all counsel) [Date Entered: 03/29/05, By: bm] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/06/2005 13:10:12 | | | |
| PACER Login: | us2510 | Client Code: | |
| | Docket Listing | Search Criteria: | 2.5 cv 00030 |

**Electronic Case Manager™** - *the Premier Electronic Case File Manager!*