


**RECEIVED**
**MAIL ROOM**
**APR 1 8 2005**
U.S. DISTRICT COURT
E.D. DIST. OF ARKANSAS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

FILED
CLERKS OFFICE
2005 APR 25 P 1: 44
DISTRICT COURT
DIST. OF MASS

SARAH A. THORNTON
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK

Mr. James W. McCormack, Clerk
United States District Court
Suite 402
600 West Capitol Avenue
Little Rock, AR 72201

April 8, 2005

IN RE: <u>MDL DOCKET No. 1629</u>  In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts <u>Lead</u> Case No. 1:04CV10739-PBS
Your Case: Civil Action No. 2:05-39 April Davis v. Pfizer, Inc. et al
District of MA No. 1:05cv10680 PBS

2:05cv39 WRW

Dear Mr. McCormack:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 16 2005

FILED
CLERK'S OFFICE

I hereby certify on this date the
foregoing document is a true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ___
☒ original filed in my office on: 4-25-05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

FILED
IN CLERKS OFFICE

2005 APR -4  P 3:55

DOCKET NO. 1629
U.S. DISTRICT COURT
DISTRICT OF MASS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 18 2005

JAMES W. McCORMACK, CLERK
By: _Williams_
    2:05 CV 39 WRW   DEP CLERK

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION**

*April Davis v. Pfizer, Inc., et al.*, E.D. Arkansas, C.A. No. 2:05-39

05cv10680 PBS

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 19 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

FOR THE PANEL:  By _____ D.C.

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

8

```
                                              TERMED MDL
                                              TRANSF HLJ
                    U.S. District Court
        USDC for the Eastern District of Arkansas (Helena)

               CIVIL DOCKET FOR CASE #: 05-CV-39

Davis v. Pfizer Inc, et al                        Filed: 02/17/05
Assigned to: Judge William R. Wilson      Jury demand: Plaintiff
Demand: $0,000                            Nature of Suit:  360
Lead Docket: None                         Jurisdiction: Diversity
Dkt # in Phillips Cty Circuit : is CV-2004-360

Cause: 28:1441 Petition for Removal- Personal Injury


APRIL DAVIS, on behalf of       Russell Allen Wood
herself and others similarly    [COR LD NTC]
situated                        Glassman, Edwards, Wade & Wyatt
     plaintiff                  PC
                                26 North Second Street
                                Memphis, TN 38103
                                (901) 527-4673



     v.


PFIZER INC                      Elizabeth Robben Murray
     defendant                  [COR LD NTC]
                                Tonia Peoples Jones
                                [COR LD NTC]
                                Friday, Eldredge & Clark
                                Regions Center
                                400 West Capitol Avenue
                                Suite 2000
                                Little Rock, AR 72201-3493
                                (501) 376-2011


WARNER-LAMBERT COMPANY          Elizabeth Robben Murray
     defendant                  (See above)
                                [COR LD NTC]
                                Tonia Peoples Jones
                                (See above)
                                [COR LD NTC]


PARKE-DAVIS, a Division of      Elizabeth Robben Murray
Warner-Lambert Company          (See above)
     defendant                  [COR LD NTC]
                                Tonia Peoples Jones
                                (See above)
                                [COR LD NTC]
```

A TRUE COPY I CERTIFY
JAMES W. McCORMACK CLERK
By *[signature]* D.C.

Proceedings include all events.
2:05cv39 Davis v. Pfizer Inc, et al

TERMED MDL

TRANSF HLJ

```
Proceedings include all events.                                    TERMED MDL
2:05cv39 Davis v. Pfizer Inc, et al
                                                                   TRANSF HLJ
2/17/05    1    NOTICE of Petition for Removal from Phillips Cty Circuit
                Court, Case Number CV-2004-360, $250.00 filing fee
                paid/receipt #118452 (jp) [Entry date 02/18/05]

2/17/05    --   COMPLAINT-CLASS Action with jury demand (jp)
                [Entry date 02/18/05]

2/22/05    2    MOTION by defendants for stay pending transfer by the
                Judicial Panel on Multi-District Litigation (bm)
                [Entry date 02/23/05]

2/22/05    3    BRIEF by defendants in support of motion for stay pending
                transfer by the Judicial Panel on Multi-District Litigation
                [2-1] (bm) [Entry date 02/23/05]

2/23/05    4    MOTION by defendants Pfizer Inc, and Warner-Lambert Co to
                extend time to respond to complaint (dc)
                [Entry date 02/24/05]

2/24/05    5    ORDER by Judge William R. Wilson granting defts' motion to
                extend time to respond to complaint [4-1]; defts' response
                to the complt must be filed under the terms established in
                paragraphs 2 and 3 of the motion (cc: all counsel) (bm)
                [Entry date 02/25/05]

3/10/05    6    LETTER/ORDER by Judge William R. Wilson to Mr. Russell A.
                Wood in regard to deft's motion to stay; response is due by
                5:00 3/17/05 [2-1] (cc: all counsel) (bm)
                [Entry date 03/11/05]

3/29/05    7    ORDER by Judge William R. Wilson granting defts' motion for
                stay pending transfer by the Judicial Panel on
                Multi-District Litigation [2-1] (cc: all counsel) (bm)

4/18/05    8    CONDITIONAL TRANSFER ORDER (MDL) case is transferred to the
                District of Massachusetts (cc: all counsel) (bm)
                [Entry date 04/19/05] [Edit date 04/25/05]

4/20/05    --   DOCKET NOTE: certified copy of docket sheet, transfer order
                sent with original pleadings by certified mail to USDC,
                District of Massachusetts, U.S. Courthouse, 1 Courthouse
                Way, Boston, Massachusetts, 02210 (bm)
                [Edit date 04/20/05]
```